# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVUS OPTIMUM LABS, dba NOVUS OPTIMUM, INC., and MELIZA REYES,<br><br>Plaintiffs and Counter-defendants,<br><br>v.<br><br>GINA TAMAYO and EDGARDO TAMAYO, dba NOVUS OPTI-LAB,<br><br>Defendants and Counter-claimants. | Case No. 13-cv-01119 JST (NC)<br><br>**ORDER TO SHOW CAUSE HEARING** |

The Order to Show Cause hearing will go forward as scheduled on February 12, 2014, at 2:00 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco. Both Gina Tamayo and Edgardo Tamayo are ordered to appear in person. The Tamayos should bring with them to the hearing any documentation, such as medical or insurance records, showing that they were confined to their bedroom due to a "bad flu" on January 24, 2014. In addition, the Tamayos should come to the hearing prepared to schedule a settlement conference in March 2014.

Date: February 6, 2014

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 13-cv-01119 JST (NC)
ORDER TO SHOW CAUSE HEARING