1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NOVUS OPTIMUM LABS, INC., et al., | Case Number: 3:13-cv-01119 VC (NC) |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF REFERRAL AND SETTING HEARING** |
| GINA TAMAYO, et al., | |
| Defendants. | |

Plaintiffs' first discovery letter brief and all discovery disputes have been referred to this Court by District Judge Vincent Chhabria.

The Court sets a discovery hearing for June 4, 2014, at 1:00 p.m, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco. Defendants must file their opposition by May 28, 2014. Plaintiffs' reply is due June 2, 2014.

IT IS SO ORDERED.

DATED: May 15, 2014

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 3:13-cv-01119 VC (NC)
ORDER SETTING HEARING