United States District Court
Northern District of California

1
2
3
4                             UNITED STATES DISTRICT COURT
5                           NORTHERN DISTRICT OF CALIFORNIA
6
7   NOVUS OPTIMUM LABS, et al.,                Case No. 13-cv-01119-VC
            Plaintiffs,
8
9        v.                                    **ORDER SETTING CASE
                                               MANAGEMENT CONFERENCE**
10  GINA TAMAYO, et al.,                       Re: Dkt. No. 89
            Defendants.
11

12      An in-person Case Management Conference will be held in this case before the Honorable
13  Vince Chhabria on September 23, 2014 at 10:00 A.M. in Courtroom 4, 17th Floor, 450 Golden
14  Gate Avenue, San Francisco, CA 94102 to discuss the plaintiffs' ex parte request for an extension
15  of the case management deadlines and trial date (Docket No. 89).

16      **IT IS SO ORDERED**.

17  Dated: September 16, 2014

18                                              _____
19                                              VINCE CHHABRIA
                                                United States District Judge
20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVUS OPTIMUM LABS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GINA TAMAYO, et al., <br><br> Defendants. | Case No.  13-cv-01119-VC <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/18/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edgardo Tamayo
3215 Dublin Drive
South San Francisco, CA 94080

Gina Tamayo
3215 Dublin Drive
South San Francisco, CA 94080

Dated: 9/18/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2