# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVUS OPTIMUM LABS and MELIZA REYES,<br><br>     Plaintiffs,<br><br>  v.<br><br>GINA TAMAYO and EDGARDO TAMAYO,<br><br>     Defendants. | Case No. 3:13-cv-01119 VC (NC)<br><br>**ORDER REGARDING FURTHER SETTLEMENT CONFERENCE** |

  The parties must notify this Court by October 7, 2014 whether they wish to schedule a further settlement conference, and if so, when. The parties may contact the Courtroom Deputy at 415.522.2039 or send an email to ncpo@cand.uscourts.gov.

  IT IS SO ORDERED.

  DATED: September 23, 2014

                    _____
                    NATHANAEL M. COUSINS
                    United States Magistrate Judge