UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVUS OPTIMUM LABS, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>GINA TAMAYO, et al.,<br><br>      Defendants. | Case No. 13-cv-01119-VC<br><br>**ORDER APPOINTING COUNSEL** |

Because Defendants Gina and Edgardo Tamayo have requested and are in need of counsel to assist them in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Marcy Bergman and Robert J. Esposito of Bryan Cave LLP are hereby appointed as counsel for the Tamayos.

The scope of this appointment is for the limited purpose of representing the defendants in connection with the settlement conference before Magistrate Judge Cousins.

All proceedings in this action are hereby stayed until three weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED**.

Dated: October 16, 2014

_____
VINCE CHHABRIA
United States District Judge