UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOVUS OPTIMUM LABS, et al.,

    Plaintiff,

v.

GINA TAMAYO, et al.,

    Defendant.

Case No.   13-cv-01119-VC

**ORDER OF DISMISSAL**

The parties have informed the Court that they have reached a settlement agreement, and that the agreement has been reduced to writing.  Accordingly, it is ORDERED that this case is DISMISSED without prejudice.  All deadlines and hearings in the case are vacated.  Any pending motions are moot.

The parties retain the right to reopen this action within 30 days of this Order if the settlement is not consummated.  If a request to reinstate the case is not filed and served on opposing counsel within 30 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: December 30, 2014

_____

VINCE CHHABRIA  
United States District Judge